# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH VEIL,<br><br>           Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES OF AT&T WIRELESS SERVICES, INC. PLAN #501,<br><br>           Defendants. | CASE NO. 09 CV 0175 JM (LSP)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Plaintiff Deborah Veil ("Plaintiff") filed her Complaint in this matter on January 29, 2009. Service was made on Defendant The Prudential Insurance Company of America ("Prudential") on February 5, 2009 with a response to the Complaint then due February 25, 2009. Defendant Long Term Disability Coverage for All Employees of AT&T Wireless Services, Inc. Plan #501 ("AT&T Plan") has not been served but now waives service of summons as part of the parties' stipulation.

For good cause showing, the court hereby **GRANTS** the parties' joint motion. (Doc. No. 6.) Prudential shall have a 30-day extension of time in which to respond to the Complaint. Prudential and the AT&T Plan shall therefore file and serve responsive pleadings **on or before March 27, 2009.**

DATED: March 3, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge