# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH VEIL,<br><br>                                   Plaintiff,<br>   vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA LONG TERM DISABILITY COVERAGE FOR ALL EMPLOYEES OF AT&T WIRELESS SERVICES, INC. PLAN #501,<br><br>                                   Defendant. | CASE NO. 09 CV 175 JM (WVG)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Doc. No. 18 |

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice. Therefore, it is hereby ordered that this action be DISMISSED WITH PREJUDICE, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

DATED: January 7, 2010

                                                      Hon. Jeffrey T. Miller
                                                      United States District Judge